**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00512-CR

**ANGELA LYNN SERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82217-2017**

## ORDER

Appellant's brief was initially due December 2, 2018. When it was not timely filed, we notified appellant by postcard dated December 6, 2018 and instructed him to file his brief along with a motion to extend time by December 16, 2018. Appellant subsequently filed three motions for extensions of time which we granted, making his brief due March 8, 2019. To date, appellant's brief has not been filed, and appellant has had no further communication with the Court regarding the brief or the appeal.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain

appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, <u>which may include appointment of new counsel</u>.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Kristin Brown; and to the Collin County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    BILL PEDERSEN, III
        JUSTICE